DARYL S. LANDY, State Bar No. 136288
MORGAN LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306
Tel: 650.843.4000
Fax: 650.843.4001

Attorneys for Defendant
UNITED AIRLINES, INC.

WILLIAM R. TAMAYO, State Bar No. 084965
JONATHAN T. PECK, State Bar No. 12303 (VA)
LINDA S. ORDONIO-DIXON, State Bar No. 172830
U.S EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260
Tel: 415.625.5654
Fax: 415.625.5657

Attorneys for Plaintiff
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED AIRLINES, INC.,<br><br>Defendant. | Case No. CV-09-2469 PJH<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**<br><br>Judge: Hon. Phyllis J. Hamilton<br>Complaint Filed: June 3, 2009 |

### STIPULATION

Plaintiff Equal Employment Opportunity Commission and Defendant United Airlines, Inc. (collectively, "the Parties"), by and through their respective counsel of record, hereby stipulate as follows:

DB1/63521411.2

-1-

STIPULATION TO CONTINUE DEADLINES
AND [PROPOSED] ORDER
(CASE NO. CV-09-2469 PJH)

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1   WHEREAS, Plaintiff filed its Complaint on June 3, 2009;

2   WHEREAS, on June 4, 2009, the Court issued an Order setting certain litigation deadlines

3   regarding the initial case management conference, ADR, and initial disclosures;

4   WHEREAS, on August 7, 2009, Plaintiff filed and served a First Amended Complaint;

5   WHEREAS, the Parties have met and conferred, and Defendant plans to file, no later than

6   August 21, 2009, a Motion to Transfer Venue under 28 U.S.C. Section 1404 to the Northern

7   District of Illinois, which Motion Plaintiff intends to oppose;

8   WHEREAS, the Initial Case Management Conference is currently scheduled for

9   September 10, 2009;

10  WHEREAS, the earliest date that the Motion to Transfer Venue can be scheduled for a

11  hearing is October 21, 2009;

12  WHEREAS, the Parties believe that it would be the most efficient use of the Court's and

13  the Parties' resources to postpone the Initial Case Management Conference and ADR deadlines

14  until after the Court has ruled on Defendant's Motion to Transfer Venue;

15  WHEREAS, Plaintiff's counsel is unavailable to meet and confer from October 26

16  through November 20, 2009, and Defendant's counsel is unavailable to meet and confer from

17  November 22 through November 29, 2009;

18  WHEREAS, the Court is unavailable for an Initial Case Management Conference on

19  December 24, 2009 and December 31, 2009; and

20  WHEREAS, the continuance of the initial case management conference and ADR

21  deadlines will not prejudice either party, and neither party has sought any prior extensions of

22  these deadlines.

23  THEREFORE, the Parties, through their undersigned respective counsel, stipulate and

24  request that the Court approve the following new litigation deadlines:

25

| Event | Old deadline | New deadline |
|---|---|---|
| Last day to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan; file ADR certification signed by Parties and Counsel; file either | 8/20/2009 | 12/17/2009 |

DB1/63521411.2

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

-2-

STIPULATION TO CONTINUE DEADLINES
AND [PROPOSED] ORDER
(CASE NO. CV-09-2469 PJH)

| | | |
|---|---|---|
| Stipulation to ADR process or notice of need for ADR phone conference | | |
| Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement | 9/3/2009 | 12/31/2009 |
| Initial Case Management Conference | 9/10/2009 | 1/7/2010 |

IT IS SO STIPULATED.

Dated: August 17, 2009          Respectfully Submitted:

                                     U.S. EQUAL EMPLOYMENT
                                     OPPORTUNITY COMMISSION

                                     By:    /s/ Linda S. Ordonio-Dixon
                                         Linda S. Ordonio-Dixon
                                         Attorneys for Plaintiff
                                         US. EQUAL EMPLOYMENT
                                         OPPORTUNITY COMMISSION

Dated: August 17, 2009          MORGAN, LEWIS & BOCKIUS LLP

                                   By:    /s/ Daryl S. Landy
                                         Daryl S. Landy
                                         Attorneys for Defendant
                                         UNITED AIRLINES, INC.

DB1/63521411.2

Morgan, Lewis & Bockius LLP
Attorneys At Law
Palo Alto

-3-

STIPULATION TO CONTINUE DEADLINES
AND [PROPOSED] ORDER
(CASE NO. CV-09-2469 PJH)

## ORDER

AS STIPULATED BY THE PARTIES, IT IS SO ORDERED.

Dated: August 25, 2009

_____
Honorable Phyllis J. Hamilton
UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

DB1/63521411.2

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

-4-

STIPULATION TO CONTINUE DEADLINES
AND [PROPOSED] ORDER
(CASE NO. CV-09-2469 PJH)