UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

      Plaintiff,

    v.

UNITED AIRLINES, INC.,

      Defendant.
_____/

No. C 09-2469 PJH

**NOTICE AND ORDER**

    PLEASE TAKE NOTICE that because of conflicts in the court's schedule, the date for the hearing on defendant United Airlines, Inc.'s motion to transfer, previously set for October 21, 2009, has been CONTINUED to Wednesday, November 4, 2009, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: October 16, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge