**WILLIAM R. TAMAYO, SBN 084965**
**LINDA S. ORDONIO-DIXON, SBN 172830**
**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**SAN FRANCISCO DISTRICT OFFICE**
**350 THE EMBARCADERO, SUITE 500**
**SAN FRANCISCO, CALIFORNIA 94105-1260**
**Linda.Ordonio-Dixon@eeoc.gov**
**Tel:  (415) 625-5654**
**Fax:  (415) 625-5657**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**<br><br>Plaintiff,<br><br>v.<br><br>**UNITED AIRLINES INC.,**<br><br>Defendant. | CIVIL ACTION NO.  CV 09-2469 PJH<br><br>JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE HEARING DATE ON DEFENDANT'S MOTION TO TRANSFER TO DECEMBER 2, 2009.<br><br>Date: November 4, 2009<br>Time   9:00 am.<br>Dept:  Courtroom 3 3rd Floor, Oakland<br>Judge:  Hon. Phyllis J. Hamilton |

Plaintiff Equal Employment Opportunity Commission (EEOC) and Defendant United Air Lines, Inc. (United), by and through their respective attorneys, hereby respectfully request that the hearing on United's Motion to Transfer be continued to December 2, 2009.

United's Motion to Transfer was originally set for hearing on October 21, 2009.  By Order dated October 16, 2009, the Court continued the hearing to November 4, 2009.

Good cause exists for the requested continuance as the undersigned EEOC Counsel will

be on extended leave from October 26, 2009 through November 20, 2009.  In addition, the undersigned United's Counsel will be on leave from November 22-29, 2009.  Therefore, the earliest date on the Court's calendar on which counsel for both parties can be available is December 2, 2009.

Based on the foregoing, the parties request that the subject hearing be continued to December 2, 2009.

Respectfully submitted,

Dated October 19, 2009

_____//s//_____
LINDA ORDONIO-DIXON
Attorney for Plaintiff EEOC

Dated October 19, 2009

_____//s//_____
DARYL LANDY
Attorney for Defendant United Air Lines, Inc.

It is so ORDERED.

Dated: \_\_10/23/09_____

_____
UNITED STATES DISTRICT JUDGE



2

**STIP AND [PROPOSED] ORDER**
**CIV. 09-2469 PJH**