UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

       Plaintiff(s),

    v.

UNITED AIRLINES, INC.,

       Defendant(s).
_____/

No. C 09-2469 PJH

**ORDER VACATING STAY**

       The Court of Appeals for the Ninth Circuit having denied the Equal Employment Opportunity Commission's petition for writ of mandamus on March 12, 2010, the stay of the December 3, 2009 order transferring this action to the Northern District of Illinois, is VACATED. The matter may now be transferred.

**IT IS SO ORDERED.**

Dated: March 15, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge